**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-8149**

—————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

         v.

SEAN TERRY, a/k/a Shawn Terry, a/k/a Fonze Blue, a/k/a Monty
Fonze Blue, a/k/a Sean Taylor, a/k/a Shakee Taylor,

              Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:02-cr-00218-BO-1)

—————

Submitted: February 18, 2010      Decided: February 26, 2010

—————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Sean Terry, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Terry appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Terry, No. 5:02-cr-00218-BO-1 (E.D.N.C. filed Nov. 20, 2009; entered Nov. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED